# Law Offices of Clarence Q. Johnson

Clarence Q. Johnson, Esq.  
Attorney and Counselor-at-Law  
The Monroe Building, 2nd Floor  
333 East Onondaga Street  
Syracuse, New York 13202

Telephone (315) 479-1714  
Fax (315) 701-1212  
E-mail: CCQJohnson@aol.com

March 1, 2006

Hon. Frederick J. Scullin, Jr.  
United States District Court  
Northern District of New York  
100 South Clinton Street, P.O. Box 7255  
Syracuse, New York 13261-7255

     **RE: USA v. Robert Bleyle, et al., Case No. 05-CR-217 (FJS)**  
          **Request for Adjournment of Video Conference on**  
          **Supervised Release Violation**

Dear Judge Scullin:

    I have received notice today that my client, Robert Bleyle, has been detained in Binghamton on a supervised release violation and that the matter has been scheduled for a video conference on March 6th at 9:30 AM. However, I am scheduled to begin a trial that morning in state court, before Judge Brunetti, and cannot be available for the video conference, but Judge Brunetti has advised the parties that he will not be available for a continuation of the trial on Wednesday, March 8th, and I would request that the video conference be adjourned to that date, or to Friday, March 10th, by which time I expect the trial to be over.

Respectfully,

Clarence Q. Johnson, Esq.  
Attorney for Defendant Bleyle

*Request granted. Presentence release violation reset for 3/13/06 at 3:00pm, in Syracuse.*

SO ORDERED

*[signature]*  
SCULLIN, JR.  
DISTRICT JUDGE  
3/2/06